**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GER L.,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 26-cv-3215 (LMP/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the August 26, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, which recommends denying Petitioner Ger L.'s habeas petition as moot and dismissing this action without prejudice. *See* ECF No. 9. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The R&R (ECF No. 9) is **ADOPTED IN FULL**;

2. The petition (ECF No. 1) is **DENIED as moot**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 11, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge